1:23-cv-06657
Judge Charles P. Kocoras
Magistrate Judge Sunil R. Harjani
Random Assignment

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

AUG 31 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DERRICK HUMPHREY Jr 522581

VS

CITY OF CHAMPAIGN in it individual capacity and official capacity
CHAMPAIGN POLICE DEPARTMENT in its individual capacity and official capacity
DETECTIVE KAITLIN FISHER in her individual capacity and official capacity

42 U.S.C. 1983

**NOW COMES DERRICK HUMPHREY in his own proper persona sui juris and moves this honorable court as following: 42 U.S.C. Ss 1983**

**JURISDICTION**
JURISDICTION IS INVESTED IN THIS COURT PURSUANT TO 28 U.S.C. 1331 & 1334 & 28 U.S.C. Ss 1343

**VENUE**
VENUE IS INVESTED IN THIS COURT PURSUANT TO 28 U.S.C. Ss 1391

**PLAINTIFF**
DERRICK HUMPHREY #522581 CAN BE SERVED ALL DOCUMENTS AT THE ~~502 S.~~ ~~HERMAN AVE URBANA, IL 61802~~ 3050 Justice way Kankakee IL 60901

**DEFENDANTS**

**CITY OF CHAMPAIGN CAN BE SERVED AT 102 N. NEIL ST , CHAMPAIGN , IL 61820**

**CHAMPAIGN POLICE DEPARTMENT 82 E. UNIVERSITY AVE , CHAMPAIGN ,IL 61820**

**DETECTIVE KAITLIN FISHER CAN BE SERVED AT 82 E. UNIVERSITY AVE , CHAMPAIGN, IL 61820**

## STATEMENT OF FACTS

1. The Plaintiff states he moved to campaign with his child mother a few years ago.
2. The plaintiffs state he has been racial profiled by the campaign police department since coming to the small town.
3. Around April 23 the plaintiff was minding his business and had violated no ordinance or state statutory provision under the Illinois compiled statutes.
4. The plaintiff was at his resident and the unknown officers came to my house with a warrant from 2021 and stated I was under arrest for failure to appear in court.
5. The plaintiff states he had court that day April 10 or something around that time.
6. After the officer John Doe handcuff me and Pat me down in my residence they started to ask where the gun.
7. The plaintiff was confused because I thought they were there to arrest me on a felony warrant for allegedly missing court but that was a lie.
8. The warrant was out of date and no judge had signed this warrant.
9. The officer John Doe took me to jail and held me without no probable cause and after the plaintiff asked for counsel the Detective started saying you're being charged with murder in the first degree.
10. The plaintiff was confused because he had no knowledge of the incident.
11. The plaintiff states the 4th Amendment states No warrant shall be issued without probable cause supported by oath and affirmation describing the place to be searched and person to be seized.
12. The plaintiff states ILLINOIS warrant requirements were violated because the warrant was outed and not reissued in accordance to statutory law pursuant to 725 ILCS 5/108-3 (b) upon the written complaint of any person under oath or affirmation which states facts sufficient to show probable cause.
13. The plaintiff states the warrant was outdated and there was no judges signature on it. The officers used a warrant to illegally seize the plaintiff and the above defendants are responsible for the conduct of the agents if they are acting under the color of state law.
14. 42 . U. S.C. Ss 1983 CIVIL RIGHT FOR DEPRIVATION OF RIGHTS ; Every person who under color of any statute, ordinance, regulation, custom , or usage, of any state or territory or the District of Columbia, subject, or cause to be subjected, any citizen of the United States , or other person within the jurisdiction thereof to the deprivation of any right ,privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, suit in equity , or proper proceedings for redress. Except omission taken in such an officer's judicial capacity , injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.
15. The Defendant of the City of Champaign is over the campaign police department and the mayor elects city officials and chief of police.
16. The officers John Doe's and Detective KAITLIN FISHER Conspired to violate the plaintiff right under 42 U. S.C. Ss1985 & Ss1986 negligence to stop conspiracy.

17. The Detective Fisher and John Doe over did a fishing expedition and allegedly said that they had a confidential informant that said something about my name , but nowhere in the affidavit that was taken before the magistrate's judge does it show that person swore under oath and affirmation.
18. The plaintiff states to quiet his voice the Police Department and court conspired to send the plaintiff to Kankakee county jail .
19. The plaintiff states he moved for the BRADY material to be disclosed and the state hasn't turned over the discovery as a whole .
20. The incident to arrest was the warrant that wasn't enforceable by law but the officer didn't have any probable cause to arrest the plaintiff because I had committed no crimes.
21. The search of my residence was in violation of the 4th amendment and this court has original jurisdiction over search and seizure cases and this was an illegal search of my property, person and papers .
22. The requirements in the United States is that a warrant has to be signed by a neutral and detached magistrate judge .
23. The John Doe officer name is black out the original police report so I'm order for me to amend this complaint and add the names I will need pretrial discovery under Federal Rules of Civil procedure ; Rule 23 and rule 15(a)
24. The plaintiff states he being illegally detained in violation of my 4th and 14th amendment.
25. The plaintiff states he requested an injunction against the Champaign Police Department and the city of Champaign to bring their training of their officers up to constitutional standard in accordance with ILLINOIS Police training manual.
26. Because no officer who was trained correctly would have come to my house with a warrant that was outdated and not signed by a neutral detached judge .
27. 42 U. S.C. Ss 1985 & Ss 1986 State No Government agency or agent can conspire together to stop a citizen from redressing their grievance to the court .
28. The Champaign Police Department and States Attorney conspired against the plaintiff to move me to Kankakee ILLINOIS where there is no constitutional acceptable law library or alternative means for me to redress myself to this forum.
29. The plaintiff is requesting counsel under federal rules of civil procedure; Rule 11(C) .
30. Detective Kiklin Fisher went before the magistrate judge to obtain a search warrant from google and other social media sites which all information came from the alleged outdated warrant were the officers had committed fraud by coming to my house with proper authority to seize and search my residence .
31. After coming to court the above John Doe officer said I was locked up at court when in reality John Doe officers arrested me at my house without probable cause .
32. This is why the plaintiff knows their warrant is not enforceable because the judge asked where I was arrested and John Doe officers said at the courthouse .

**RELIEF SOUGHT**

1. PLAINTIFF IS SEEKING COMPENSATORY DAMAGES IN THE AMOUNT OF ONE MILLION DOLLARS FROM EACH DEFENDANT
2. PLAINTIFF IS SEEKING PUNITIVE DAMAGES IN THE AMOUNT OF ONE MILLION PER DEFENDANT
3. INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT AGAINST THE CAMPAIGN POLICE DEPARTMENT AND CITY OF CAMPAIGN TO BRING THEIR SEARCH AND SEIZURE POLICIES UP TO CONSTITUTIONAL STANDARDS
4. ANY OTHER RELIEF THIS COURT DEEMS JUST AND FAIR .
5. SEEKING COUNSEL UNDER THE FEDERAL TRIAL BAR OBLIGATION FEDERAL RULES OF CIVIL PROCEDURES; RULE 11(C )

RESPECTFULLY SUBMITTED
DERRICK HUMPHREY

*[signature]*
8/31/23